UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ELLSWORTH W. MATTHEWS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | File No. 1:13-cv-195 |
| : | |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant. : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed August 28, 2014. (Doc. 15.)  After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).

Plaintiff's motion for order reversing the decision of the Commissioner (Doc. 6) is GRANTED.  Defendant's motion for order affirming the Commissioner's decision (Doc. 11) is DENIED.  This matter is REMANDED for further proceedings and a new decision.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 23rd day of October, 2014.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge