# United States District Court

## District of Vermont

| | | |
|---|---|---|
| Ellsworth W. Matthews, | : | |
| | : | |
| Plaintiff, | : | |
| | : | **JUDGMENT IN A CIVIL CASE** |
| v. | : | |
| | : | CASE NUMBER: 1:13-cv-195 |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant, | : | |

☐ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No.18) filed October 23, 2014, the Magistrate's Report and Recommendation (Document No.15) is AFFIRMED, APPROVED AND ADOPTED. Plaintiff's Motion for Order Reversing the Decision of the Commissioner (Document No.6) is GRANTED. Defendant's Motion for Order Affirming the Commissioner's Decision (Document No.11) is DENIED. This matter is HEREBY REMANDED to the Administrative Law Judge for further proceedings and a new decision in accordance with said Order.

                                                                                 JEFFREY S. EATON
                                                                                 Clerk

Date: October 23, 2014                       /s/ E.S.Britt
                                                                  (By) Deputy Clerk

**JUDGMENT ENTERED ON THE DOCKET**
DATE: <u>10/23/2014</u>